UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| PLAINTIFF ) | CRIMINAL NO.: 3:02cr341 (EBB) |
| ) | |
| V. ) | |
| ) | |
| ) | November 2, 2004 |
| RICHARD BROWN ) | |
| DEFENDANT ) | |

## WAIVER OF APPEARANCE

Pursuant to Rule 10(b) of the Federal Rules of Criminal Procedure, the Defendant, **RICHARD BROWN**, hereby waives his appearance at the arraignment scheduled for November 5, 2004 at 2:30 p.m. In support of this Waiver, the Defendant states the following:

1) That he is represented by and has consulted with his Attorney concerning this waiver;

2) That he was previously arraigned and indicted in all previous indictments relating to this matter;

3) That he has received a copy of the Third Superceding Indictment signed on October 20, 2004 by the Grand Jury;

4)   That he has read and understands the contents of the Third Superceding Indictment

5)   That his plea in this matter is "Not Guilty."

The Defendant requests that this Court accept his waiver of appearance with regard to the arraignment scheduled for November 5, 2004 on the Third Superceding Indictment.

Dated: 11-3-04

RICHARD BROWN

Dated: 11/3/04    BY: 
MICHAEL S. HILLIS
Dombroski, Knapsack & Hillis, LLC
205 Whitney Avenue
New Haven, Connecticut 06511
(203) 624-9096
Federal Bar #: ct11867