UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| PLAINTIFF | ) | CRIMINAL NO.: 3:02cr341 (EBB) |
| | ) | |
| V. | ) | |
| | ) | |
| | ) | November 2, 2004 |
| RICHARD BROWN | ) | |
| DEFENDANT | ) | |
| | ) | |

## WAIVER OF SPEEDY TRIAL

I, **RICHARD BROWN**, hereby waive those rights afforded him by the Speedy Trial Act of 1974, 18 U.S.C. § 3161 (h)(8)(A).

In support of this Waiver, the Defendant states the following:

He is represented by and has consulted with his Attorney concerning this waiver;

He understands that by signing this document he will be giving up those rights afforded him by the Speedy Trial Act; and,

He requests that the Court find that the requested continuance is in the best interests of the Defendant, that it outweighs the public interest in a speedy trial, and that the period of delay from September 14, 2004 to January 11, 2005 should be excluded.

Dated: 11-3-04

RICHARD BROWN

Dated: 11/3/04

BY: _____
MICHAEL S. HILLIS
Dombroski, Knapsack & Hillis, LLC
205 Whitney Avenue
New Haven, Connecticut 06511
(203) 624-9096
Federal Bar #: ct11867