UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| PLAINTIFF ) | CRIMINAL NO.: 3:02cr341 (DJS) |
| ) | |
| V. ) | |
| ) | |
| ) | February 13, 2003 |
| RICHARD BROWN ) | |
| DEFENDANT ) | |

## MOTION FOR GIGLIO MATERIAL

The Defendant, **RICHARD BROWN** hereby respectfully moves this Court for an order directing the Government to disclose all Giglio material. This request includes but is not limited to the following:

1.   A complete and up to date record of all criminal convictions of Government witnesses or potential Government witnesses. This request includes United States Department of justice arrest and conviction records, Connecticut State Police arrest and Conviction records, arrest and conviction records which may exist in any other state or territory.

2.   A complete statement of all arrests where informants, Government witnesses or potential witnesses, including the jurisdiction and the police departments involved.