

FILED

2003 FEB 18 A 11: 29

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT DISTRICT COURT
HARTFORD DIVISION    HARTFORD CT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| PLAINTIFF ) | CRIMINAL NO.: 3:02cr341 (DJS) |
| ) | |
| V. ) | |
| ) | |
| ) | February 13, 2003 |
| RICHARD BROWN ) | |
| Defendant ) | |

## MOTION FOR DISCLOSURE OF BRADY MATERIAL

The Defendant, **RICHARD BROWN**, moves the Court for an order requiring the Government to disclose all evidence, material and information of any kind, "whether oral or reduced to writing, which is favorable to the Defendants or which material tends to be exculpatory and all material which may be used to impeach or discredit Government witnesses either on the issues of guilt or punishment." *See* Brady v. Marvland, 373 U.S. 83 (1963); *see also* United States v. Acurs, 427 U.S. 93 (1976).

This obligation of disclosure is a fundamental right under the due process clause of the 5th Amendment to the United States Constitution and a right which imposes an immediate obligation upon the Government to disclose all Brady material at this time.

The material requested includes statements of cooperating witnesses and/or