

**FILED**

2003 FEB 18 A 11: 29

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| PLAINTIFF | ) | CRIMINAL NO.: 3:02cr341 (DJS) |
| | ) | |
| V. | ) | |
| | ) | |
| | ) | February 13, 2003 |
| RICHARD BROWN | ) | |
| DEFENDANT | ) | |

### MOTION FOR DISCLOSURE PURSUANT TO RULE 404(b) OF THE FEDERAL RULES OF EVIDENCE

The Defendant, **RICHARD BROWN**, by and through counsel, moves this Court for an Order compelling and directing the United States Government to disclose to the Court and counsel for the Defendant, the following information:

(a)   Any evidence the Government intends to introduce against the accused regarding prior or subsequent criminal conduct and/or "bad acts" which is not charged in the Indictment herein and not alleged as part of any conspiracy charged in the indictment herein;

(b)   Any evidence the Government intends to introduce against the accused pursuant to Rules 404(b) of the Federal Rules of Evidence.