FILED

2003 FEB 18 - A. 11: 29

US DISTRICT COURT
HARTFORD CT

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT
### HARTFORD DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| PLAINTIFF | ) | **CRIMINAL NO.: 3:02cr341 (DJS)** |
| | ) | |
| **V.** | ) | |
| | ) | |
| | ) | **February 13, 2003** |
| **RICHARD BROWN** | ) | |
| DEFENDANT | ) | |
| | ) | |

## MOTION FOR JENCKS ACT MATERIAL

The Defendant, **RICHARD BROWN**, by and through counsel moves this Honorable

Court for the entry of an order requiring disclosure of witnesses's statements under the Jencks

Act, 18 U.S.C. §3500(c).   More particularly, the Defendant moves under Rule 16 of the

Federal Rules of Criminal Procedure for the disclosure of Jencks material to defense counsel

not later than thirty (30) days prior to trial that may be held in this case.

WHEREFORE, the Defendant moves this Court to grant this Motion.

2005 APR - 8  A 11: 31