FILED

2003 FEB 18 A 11: 29

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| PLAINTIFF | ) | CRIMINAL NO.: 3:02cr341 (DJS) |
| | ) | |
| V. | ) | |
| | ) | |
| | ) | February 13, 2003 |
| RICHARD BROWN | ) | |
| DEFENDANT | ) | |
| | ) | |

### DEFENDANT'S MOTION FOR DISCLOSURE
### UNDER RULE 16 (a)(1)(E)

Pursuant to Federal Rules Criminal Procedure 16 (a)(I)(E), the Defendant, **RICHARD BROWN**, through counsel, requests that the Government disclose a written summary of testimony the Government intends to use under Federal Rules of Evidence 702, 703 and 705 during its case in chief at trial. The Defendant further requests that the written summary describe the witness' opinions, the basis and reasons therefore and the witness' qualifications.

