

FILED

2003 FEB 18 A 11: 29

DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| PLAINTIFF | ) | CRIMINAL NO.: 3:02cr341 (DJS) |
| | ) | |
| V. | ) | |
| | ) | |
| | ) | February 13, 2003 |
| RICHARD BROWN | ) | |
| DEFENDANT | ) | |
| | ) | |

## MOTION FOR STATEMENTS OF CO-CONSPIRATORS

The Defendant, **RICHARD BROWN**, respectfully moves this Court, pursuant to the

Federal Rules of Criminal Procedure that this Court order the Government to disclose to the

Defendant any and all statements made of any co-conspirators, both indicted and un-

indicted, which were allegedly made in furtherance of the alleged conspiracy and which the

Government intends to offer as evidence against this Defendant. *See* Rule 801 (d) (2) (E),

Federal Rules of Evidence. United States v. Agnello, 367 F.Supp. 444 (E.D.N.Y. 1973).