FILED

2003 FEB 18 A 11: 29

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| PLAINTIFF | ) | CRIMINAL NO.: 3:02cr341 (DJS) |
| | ) | |
| V. | ) | |
| | ) | |
| | ) | February 13, 2003 |
| RICHARD BROWN | ) | |
| DEFENDANT | ) | |

## MOTION FOR DISCLOSURE OF SURVEILLANCE EVIDENCE

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, Section C of the Standing order on Discovery of the United States District Court for the District of Connecticut, and the 5th and 6th Amendments to the United States Constitution, the Defendant, **RICHARD BROWN**, hereby moves that the Government produce or, in the alternative, make available to the Defendant for inspection, copying, or photographing all records, reports, notes, photographs, audio tapes, video tapes and memoranda prepared by or on behalf of the Government concerning any surveillance of the Defendant conducted by the Government in this case, including, but not limited to, any surveillance conducted by or on behalf of the Government in connection with the court-authorized wire tap in this case.