FILED

2003 FEB 18 A 11: 28

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| PLAINTIFF ) | CRIMINAL NO.: 3:02cr341 (DJS) |
| ) | |
| V. ) | |
| ) | |
| ) | February 13, 2003 |
| RICHARD BROWN ) | |
| DEFENDANT ) | |

### DEFENDANT'S MOTION TO PRESERVE AGENTS' NOTES

The Defendant, **RICHARD BROWN**, through counsel, respectfully requests this Court enter an order directing all Government agents and all local investigative personnel involved in any aspect of this case to retain and preserve all notes made during the course of the investigation in this case.

Specifically, Defendant requests the preservation of all rough notes, memoranda, resumes, synopses, etc., which were taken as part of their investigation, whether or not the contents of the same were incorporated into any official records such as, but not limited to, FBI reports.

In addition, these rough, handwritten notes, resumes, synopses, etc., taken during the course of the investigation or while interviewing witnesses are potentially discoverable