FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

2003 FEB 18  A 11: 28

US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| PLAINTIFF ) | CRIMINAL NO.: 3:02cr341 (DJS) |
| ) | |
| V. ) | |
| ) | |
| ) | February 13, 2003 |
| RICHARD BROWN ) | |
| DEFENDANT ) | |

### REQUEST PURSUANT TO RULE 12 (b) (3) & 41 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

The Defendant, **RICHARD BROWN**, requests notice from the Government with regard to any evidence the Government intends to use in its case-in-chief in the above-captioned matter, which would be subject to a motion to suppress pursuant to Rules 12(b)(3) and 41 of the Federal Rules of Criminal Procedure.

Notice is requested of any verbatim statements, or substance of statements, oral or written, intended to be used as evidence-in-chief and any physical evidence or any tangible evidence which will be offered as evidence-in-chief. It is requested that any notice of statements include the date, time and place of the statement. It is further requested that notice of physical evidence include the date, time and place of seizure.