FILED

2003 FEB 18  A 11: 29

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

UNITED STATES OF AMERICA            )
    PLAINTIFF                                      )      CRIMINAL NO.: 3:02cr341 (DJS)
                                                   )
V.                                                 )
                                                   )
                                                   )      February 13, 2003
RICHARD BROWN                          )
    DEFENDANT                                  )
_____)

### DEFENDANT'S MOTION FOR TRUE IDENTITY OF COOPERATING WITNESS(ES) AND MEMORANDUM OF LAW

The Defendant, **RICHARD BROWN**, by and through counsel, moves this

Honorable Court for an order requiring the Government to disclose the true identity and

whereabouts of cooperating witness(es) utilized by the Government in this case, and to allow

the Defendant to interview this witness.   In support of this motion, the Defendant states the

following:

      1.      The Defendant's request is based on the fact that this witness(es) is critically

important in the preparation of an effective defense and an essential Government witness

regarding some or all of the charges contained in this indictment.

      2.      The Defendant desires the opportunity to interview all cooperating witness(es)