UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| PLAINTIFF | ) | CRIMINAL NO.: 3:02cr341 (EBB) |
| | ) | |
| V. | ) | |
| | ) | |
| | ) | May 23, 2005 |
| **RICHARD BROWN** | ) | |
| DEFENDANT | ) | |
| | ) | |

## WAIVER OF APPEARANCE

Pursuant to Rule 10(b) of the Federal Rules of Criminal Procedure, the Defendant, **RICHARD BROWN**, hereby waives his appearance at the arraignment scheduled for May 26, 2005 at 2:00 p.m. In support of this Waiver, the Defendant states the following:

1) That he is represented by and has consulted with his Attorney concerning this waiver.

2) That he was previously arraigned and indicted in all previous indictments relating to this matter.

3) That he has received a copy of the Fourth Superceding Indictment signed by the Grand Jury.

4) That he has read and understands the contents of the Fourth Superceding Indictment.

5) That his plea in this matter is "Not Guilty."

The Defendant requests that this Court accept his waiver of appearance with regard to the arraignment scheduled for May 26, 2005 on the Fourth Superceding Indictment.

Dated: 5/24/05

RICHARD BROWN

Dated: 5/20/05

BY: _____
MICHAEL S. HILLIS
Dombroski, Knapsack & Hillis, LLC
205 Whitney Avenue
New Haven, Connecticut 06511
(203) 624-9096
Federal Bar #: ct11867