UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 3:02CR341 (EBB) |
| | : | |
| | : | |
| ANGEL HERNANDEZ, et al. | : | August 5, 2005 |

### GOVERNMENT'S SUPPLEMENTAL TRIAL MEMORANDUM

The Government, by the undersigned Assistant United States Attorneys, respectfully submits this supplemental trial memorandum concerning issues that may arise during the trial in the above-captioned case, which is currently set for jury selection on August 9, 2005, with the presentation of evidence to begin on August 10, 2005. The Government incorporates by reference its earlier trial memorandum, filed on April 11, 2005, except to the extent it is superseded by material contained in this supplemental memorandum.

### STATUS OF THE CASE

In May, 2005, a grand jury returned a 22-count Fourth Superseding Indictment ("Indictment") in the above-captioned case. Count 1 of the Indictment charges all defendants with conspiracy to commit mail fraud and wire fraud, in violation of 18 U.S.C. § 371. Counts 2, 18 and 22 charge various defendants with mail fraud, in violation of 18 U.S.C. § 1341. Counts 3 through 17, and 19 through 21 charge various defendants with wire fraud, in violation of 18 U.S.C. § 1343.

## **SUMMARY OF THE SCHEME AND ARTIFICE TO DEFRAUD**

As described in the Indictment, co-defendant Shoreline Motors Corporation operated an automobile dealership in Branford, Connecticut, known as Shoreline Mitsubishi. The individual defendants taking the case to trial were the General Manager and several salespersons at Shoreline Mitsubishi. The Indictment alleges a wide-ranging scheme to defraud Mitsubishi Motors Credit of America, Inc. ("Mitsubishi Credit" or "MMCA") of Cypress, California, as well as numerous customers of Shoreline Mitsubishi. In particular, the defendants allegedly submitted false customer credit information to Mitsubishi Credit by mail, fax and, later, via the Internet using Daybreak Lending Software. Most commonly, the defendants inflated the customers' incomes above the truthful income figures that the customers had provided to the dealership. The false credit applications were submitted to Mitsubishi Credit in order to deceive Mitsubishi Credit concerning the customers' income and other material information, and thereby to induce Mitsubishi Credit to approve the extension of credit to customers of Shoreline Mitsubishi. The evidence at trial will show that the customers would not have qualified for automobile financing at all or for the amounts approved by Mitsubishi Credit had the fraudulent information not been provided to Mitsubishi Credit. The evidence also will show that Shoreline Mitsubishi's customers often were the victims of material misrepresentations and omissions by the defendants and their coconspirators, and that the mails and interstate wires also were used to defraud these customers. The evidence also will show that Shoreline Mitsubishi profited greatly from the sales of the automobiles in question, and that the individual defendants also benefitted financially from the fraud.

**THE INDICTMENT**

The Government's evidence at trial will establish beyond a reasonable doubt that the defendants committed all 22 counts as charged in the indictment. The counts of the indictment are summarized in the tables below for the convenience of the Court. All of the defendants are named in Count 1, the conspiracy count. Defendant Angel Hernandez is charged in all three substantive mail fraud counts, and all eighteen substantive wire counts. The remaining defendants are charged in particular substantive counts as set forth below:

**COUNT 1**
**CONSPIRACY**
(18 U.S.C. § 371)

| Count | Defendants | Date | Description |
|---|---|---|---|
| 1 | ANGEL HERNANDEZ, DAVID BROWN, RICHARD BROWN, NELSON DATIL | Feb. 2000 - July 2002 | Conspiracy to commit mail fraud (18 U.S.C. § 1341) and wire fraud (18 U.S.C. § 1343) |

**COUNTS 2-22**
**MAIL FRAUD**
(18 U.S.C. §§ 1341, 2)
**WIRE FRAUD**
(18 U.S.C. §§ 1343, 2)

On or about the dates listed for each count below, the defendants listed for each particular count violated either the mail fraud statute (18 U.S.C. § 1341) or the wire fraud statute (18 U.S.C. § 1343) in that said defendants transmitted and caused to be transmitted by means of the United States Postal Service or by private or commercial interstate carrier, or by wire

communications in interstate commerce, certain mailings, writings, signs, signals, and sounds, for the purpose of executing the above-described scheme and artifice as follows:

| Count | Statute Violated | Defendants | Date | Description of the Wire or Mailing |
|---|---|---|---|---|
| 2 | Mail Fraud | ANGEL HERNANDEZ | 1/28/01 | Customer application of J.L. sent to MMCA by mail in connection with the purchase of a 2001 Mitsubishi Diamante |
| 3 | Wire Fraud | ANGEL HERNANDEZ, DAVID BROWN | 5/16/01 | Customer application of W.W. and S.W. sent to MMCA by wire in connection with the purchase of a 2001 Mitsubishi Montero |
| 4 | Wire Fraud | ANGEL HERNANDEZ, DAVID BROWN | 8/22/01 | Customer application of W.H. and A.W. sent to MMCA by wire in connection with the purchase of a 2001 Mitsubishi Montero |
| 5 | Wire Fraud | ANGEL HERNANDEZ, DAVID BROWN | 9/10/01 | Customer application of A.W. sent to MMCA by wire, in connection with the purchase of a 2001 Mitsubishi Lancer |
| 6 | Wire Fraud | ANGEL HERNANDEZ | 6/5/01 | Customer application of M.P. sent to MMCA by wire, in connection with the purchase of a 2001 Mitsubishi Galant. |
| 7 | Wire Fraud | ANGEL HERNANDEZ | 7/30/01 | Customer application of K.M. and M.M. sent to MMCA by wire, in connection with the purchase of a 2001 Mitsubishi Montero |
| 8 | Wire Fraud | ANGEL HERNANDEZ, RICHARD BROWN | 11/3/01 | Customer application of R.H. sent to MMCA by wire, in connection with the purchase of a 2002 Mitsubishi Montero |
| 9 | Wire Fraud | ANGEL HERNANDEZ, NELSON DATIL | 3/12/02 | Customer application of M.J.B. sent to MMCA by wire, in connection with the purchase of a 2002 Mitsubishi Galant |

| Count | Statute Violated | Defendants | Date | Description of the Wire or Mailing |
|---|---|---|---|---|
| 10 | Wire Fraud | ANGEL HERNANDEZ, DAVID BROWN | 9/18/01 | Customer application of G.M. and L.B. sent to MMCA by wire, in connection with the purchase of a 2002 Mitsubishi Galant |
| 11 | Wire Fraud | ANGEL HERNANDEZ, RICHARD BROWN | 9/24/01 | Customer application of A.R.#1 and A.R.#2 sent to MMCA by wire, in connection with the purchase of a 2001 Mitsubishi Galant |
| 12 | Wire Fraud | ANGEL HERNANDEZ, RICHARD BROWN | 9/24/01 | Customer application of A.R.#2 and T.N. sent to MMCA by wire, in connection with the purchase of a 2002 Mitsubishi Lancer |
| 13 | Wire Fraud | ANGEL HERNANDEZ | 10/30/01 | Customer application of M.V. and F.V. sent to MMCA by wire, in connection with the purchase of a 2002 Mitsubishi Galant |
| 14 | Wire Fraud | ANGEL HERNANDEZ, NELSON DATIL | 5/16/02 | Customer application of L.E. sent to MMCA by wire, in connection with the purchase of a 2003 Mitsubishi Eclipse |
| 15 | Wire Fraud | ANGEL HERNANDEZ, DAVID BROWN | 11/27/01 | Customer application of P.B. and M.B. sent to MMCA by wire, in connection with the purchase of a 2002 Mitsubishi Galant |
| 16 | Wire Fraud | ANGEL HERNANDEZ | 12/11/01 | Customer application of I.S.#1 and T.M. sent to MMCA by wire, in connection with the purchase of a 2002 Mitsubishi Montero |
| 17 | Wire Fraud | ANGEL HERNANDEZ, RICHARD BROWN | 1/12/02 | Customer application of R.S.#2 and M.A. sent to MMCA by wire, in connection with the purchase of a 2002 Mitsubishi Galant |
| 18 | Mail Fraud | ANGEL HERNANDEZ, RICHARD BROWN | 1/11/02 | Customer application of D.F. and A.B. sent to MMCA by mail, in connection with the purchase of a 2002 Mitsubishi Galant |

| Count | Statute Violated | Defendants | Date | Description of the Wire or Mailing |
|---|---|---|---|---|
| 19 | Wire Fraud | ANGEL HERNANDEZ, NELSON DATIL | 1/31/02 | Customer application of B.M. and C.M. sent to MMCA by wire, in connection with the purchase of a 2002 Mitsubishi Galant |
| 20 | Wire Fraud | ANGEL HERNANDEZ, NELSON DATIL | 4/16/02 | Customer application of J.B. sent to MMCA by wire, in connection with the purchase of a 2002 Mitsubishi Galant |
| 21 | Wire Fraud | ANGEL HERNANDEZ, DAVID BROWN | 4/30/02 | Customer application of P.D. and G.D. sent to MMCA by wire, in connection with the purchase of a 2002 Mitsubishi Galant |
| 22 | Mail Fraud | ANGEL HERNANDEZ, NELSON DATIL | 7/28/02 | Customer application of R.S.#1, I.S.#2, and C.S. sent to MMCA by mail, in connection with the purchase of a 2003 Mitsubishi Eclipse |

## EVIDENTIARY ISSUES

A.   Non-Exclusion of Case Agent Summary Witness

The Government incorporates by reference pages 10-11 of its April 11, 2005, trial memorandum, but notes that Special Agent Alicia Wojtkonski will be its summary witness.

B.   Statements Made By Dave Brown and Nelson Datil Are Admissible

As noted in its earlier trial memorandum, the Government will seek to introduce statements made by defendants David Brown and Nelson Datil to law enforcement agents. As explained in the earlier memorandum, these Statements are non-hearsay statements and accordingly are admissible.

In reviewing defendant Datil's statement again recently, it appears that he arguably did inculpate Angel Hernandez by name. Accordingly, the Government will undertake to redact any

mention of Angel Hernandez when Kevin Potter testifies about what Datil told him.  See Bruton v. United States, 391 U.S. 123 (1968); Richardson v. Marsh, 481 U.S. 200 (1987); United States v. Rucker, 32 F. Supp.2d 545, 550 (E.D.N.Y. 1999).  Accord United States v. Williams, 936 F.2d 698 (2d Cir. 1991).

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

/s/
JONATHAN BIRAN
ASSISTANT U.S. ATTORNEY
Federal Bar Number ct21922
Email: jonathan.biran@usdoj.gov

/s/
MICHAEL S. McGARRY
ASSISTANT U.S. ATTORNEY
Federal Bar Number ct25713
157 Church Street, 23rd Floor
New Haven, CT 06510
(203) 821-3700
Email: michael.mcgarry@usdoj.gov

**CERTIFICATE OF SERVICE**

      This is to certify that a copy of the foregoing was sent by facsimile transmission and U.S. mail, postage prepaid, this 5th day of August, 2005, to the following counsel of record:

| | |
|---|---|
| Kurt F. Zimmermann, Esq.<br>Silverstein and Osach, P.C.<br>234 Church Street, Suite 903<br>New Haven, CT 06510<br>(counsel for Angel Hernandez) | Michael S. Hillis, Esq.<br>Dombroski Knapsack & Hillis LLC<br>129 Whitney Avenue<br>New Haven, CT 06511<br>(counsel for Richard Brown) |
| Richard S. Cramer, Esq.<br>449 Silas Deane Highway<br>Wethersfield, CT 06109<br>(counsel for David Brown) | Jonathan J. Einhorn, Esq.<br>412 Orange Street<br>New Haven, CT 06511<br>(counsel for Nelson Datil) |

                                                        _/s/_____
                                                        JONATHAN BIRAN
                                                        ASSISTANT U.S. ATTORNEY