UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| PLAINTIFF | ) | CRIMINAL NO.: 3:02cr341 (EBB) |
| | ) | |
| V. | ) | |
| | ) | |
| | ) | |
| RICHARD BROWN | ) | November 30, 2005 |
| DEFENDANT | ) | |
| | ) | |

## MOTION FOR ALLOWANCE OF INTERIM PAYMENT

The undersigned, hereby motions this Court to allow the undersigned an interim payment for fees and expenses under the Criminal Justice Act, and states in support that:

1. That I was appointed to represent Mr. Richard Brown, who is a Defendant in these proceedings.

2. That due to the volume of the discovery this matter and the length of the jury trial, the undersigned requests for an order allowing a claim for a periodic interim payment.

Respectfully Submitted,

MICHAEL S. HILLIS
Dombroski, Knapsack & Hillis LLC
129 Whitney Avenue
New Haven, Connecticut 06511
(203) 624-9096 (phone); (203) 624-1308 (fax)
Bar No.: ct11867

## CERTIFICATION

    I hereby certify that a true copy of the foregoing was mailed, postage prepaid, this 30th day of Nov., 2005, to all counsel of record.

**JONATHAN BIRAN**, AUSA
Office of the U.S. Attorney
P.O. Box 1824
New Haven, Connecticut 06508

**JONATHAN J. EINHORN**, Esq.
412 Orange Street
New Haven, Connecticut 06511

**KURT ZIMMERMANN**, Esq.
Silverstein & Osach, P.C.
234 Church Street, Suite 903
New Haven, Connecticut 06510

**RICHARD S. CRAMER**, Esq.
449 Silas Deane Highway
Wethersfield, Connecticut 06109

_____
MICHAEL S. HILLIS