UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL No. 3:02CR341(EBB) |
| v. | |
| SHORELINE MOTORS, ET AL. | March 10, 2006 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, the undersigned moves to withdraw the appearance of Assistant United States Attorney Jonathan Biran.  Assistant United States Attorney Biran is no longer employed by the office and the undersigned has filed an appearance in this matter.

Accordingly, it is requested that this motion be granted.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


   /s/
MICHAEL S. McGARRY
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct25713
157 Church Street, 23rd Floor
New Haven, CT 06510
Tel. 203.821.3700
Fax. 203.773.5378
michael.mcgarry@usdoj.gov

## CERTIFICATION

This is to certify that a copy of the within and foregoing was sent by First Class mail on this 10th day of March 2006, to the following counsel of record:

Edmund Q. Collier, Esq.
Dey, Smith & Collier
771 Boston Post Rd.
Milford, CT 06460
(Counsel for Shoreline Motors)

Kurt F. Zimmermann, Esq.
Silverstein & Osach
234 Church Street, Suite 903
P.O. Box 1727
New Haven, CT 06507
(Counsel for Angel Hernandez)

Alan J. Sobol, Esq.
O'Connell, Flaherty & Attmore
280 Trumbull St.
Hartford, CT 06103-3598
(Counsel for Bruce Vetre)

David J. Wenc, Esq.
Wenc Law Offices
Waterside Office Park
44 Main St.
P.O. Box 306
Windsor Locks, CT 06096
(Counsel for James Clanton)

Richard S. Cramer, Esq.
449 Silas Deane Hwy.
Wethersfield, CT 06109
(Counsel for David Brown)

John J. Kelly, Esq.
Cantor, Floman, Gross, Kelly, Amendola &
Sacramone, P.C.
378 Boston Post Road
Orange, CT 06477
(Counsel for Jose Concepcion)

Michael S. Hillis, Esq.
Dombroski, Knapsack & Hillis
129 Whitney Ave.
New Haven, CT 06510
(Counsel for Richard Brown)

Jonathan J. Einhorn, Esq.
412 Orange St.
New Haven, CT 06511
(Counsel for Nelson Datil)

Edward F. Czepiga, II, Esq.
DePiano Gentile Czepiga & Soares
56 Lyon Terr.
Bridgeport, CT 06604-4076
(Counsel for Richard Dominguez)

Thomas G. Dennis, Esq.
Federal Public Defender's Office
10 Columbus Blvd.
6th Floor
Hartford, CT 06106-1976
(Counsel for Michael Rivera)

Ethan A. Levin-Epstein, Esq.
Garrison Levin-Epstein Chimes & Richardson
405 Orange St.
New Haven, CT 06511
(Counsel for Dariel Perez Torres)

____/s/_____
MICHAEL S. McGARRY
ASSISTANT UNITED STATES ATTORNEY