UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA <br> PLAINTIFF <br><br> V. <br><br> RICHARD BROWN <br> DEFENDANT | ) <br> ) CRIMINAL NO.: 3:02cr341 (EBB) <br> ) <br> ) <br> ) <br> ) June 12, 2006 <br> ) <br> ) <br> ) |

## MOTION TO CONTINUE SENTENCING

The Defendant, **RICHARD BROWN**, through counsel, hereby moves this Honorable Court, to continue the sentencing currently scheduled for Monday, June 23, 2006, to a later date, and states in support the following:

1. That the Defendant, **RICHARD BROWN**, through counsel needs additional time to prepare his response to the government's sentencing memoranda and arguments therein. As the Court is well aware, the loss calculations are integral to the defendant's sentencing, moreover, the defendant's loss calculations are projected to be exponentially different than the government's.

2. That defendant's counsel has a planned vacation for the week of June 18, 2006 through June 25, 2006 and the granting of this motion will assure temporary marital harmony as well as the happiness of two children.

3.   That the undersigned spoke with the Defendant, and he has agreed to this motion and affirmatively waives his rights under the Speedy Trial Act. A formal waiver has been forwarded to the Defendant for his signature and will be filed with the Court upon receipt.

4.   That the undersigned has been unable to obtain the Government's consent to this motion.

WHEREFORE, Defendant prays this Court enter an Order continuing said sentencing date until a date sometime in August, 2006.

>                THE DEFENDANT
>                RICHARD BROWN
>
>                BY: _____
>                Michael S. Hillis
>                DOMBROSKI, KNAPSACK & HILLIS, LLC
>                129 Whitney Avenue
>                New Haven, CT 06510
>                (203) 624-9096
>                Bar #: ct11867

## CERTIFICATION

This is to certify that the foregoing Motion to Continue Sentencing was mailed, postage prepaid, this 12th day of June, 2006, to the following:

**Michael McGarry, AUSA**
Office of the U.S. Attorney
157 Church Street, 23rd Floor
New Haven, Connecticut 06510

**Otto Rothi, US Probation Officer**
Office of U.S. Probation
450 Main Street
Hartford, Connecticut 06103

_____
Michael S. Hillis