UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>PLAINTIFF<br><br>V.<br><br>RICHARD BROWN<br>DEFENDANT | ) CRIMINAL NO.: 3:02cr341 (EBB)<br>)<br>)<br>)<br>) June 19, 2006<br>)<br>)<br>) |

## WAIVER OF SPEEDY TRIAL

I, **RICHARD BROWN**, hereby waive those rights afforded him by the Speedy Trial Act of 1974, 18 U.S.C. § 3161 (h)(8)(A).

In support of this Waiver, the Defendant states the following:

He is represented by and has consulted with his Attorney concerning this waiver;

He understands that by signing this document he will be giving up those rights afforded him by the Speedy Trial Act; and,

He requests that the Court find that the requested continuance is in the best interests of the Defendant, that it outweighs the public interest in a speedy trial, and that the period of delay from June 2006 until August 12, 2006 should be excluded.

Dated: 6/20/06

RICHARD BROWN

Dated: 6/20/06

BY: _____
STAN R. DOMBROSKI
Dombroski, Knapsack & Hillis, LLC
129 Whitney Avenue
New Haven, Connecticut 06510
(203) 624-9096
Federal Bar #: ct08528