UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| PLAINTIFF | ) | CRIMINAL NO.: 3:02cr341 (EBB) |
| | ) | |
| V. | ) | |
| | ) | |
| | ) | February 5, 2007 |
| RICHARD BROWN | ) | |
| DEFENDANT | ) | |
| | ) | |

### MOTION TO CONTINUE SENTENCING

The Defendant, **RICHARD BROWN**, through counsel, hereby moves this Honorable Court, to continue the sentencing currently scheduled for February 8, 2007 to the week of April 19, 2007. Defendant states in support the following:

1.  Additional time is necessary to determine the loss attributable to the defendant **Richard Brown**.

2.  In light of the Court's order concerning the filing of briefs and reply it would allow for additional time for adequate review by defendants counsel and the court with regard to sentencing for **Richard Brown.**

3.  That the undersigned spoke with the Defendant, and he has agreed to this motion and affirmatively waives his rights under the Speedy Trial Act. A formal waiver has been forwarded to the Defendant, and will be filed immediately upon receipt.

**WHEREFORE**, Defendant prays this Court enter an Order to continue sentencing from February 8, 2007 to the week of April 19, 2007 and to enlarge the reply dates accordingly.

        THE DEFENDANT
        **RICHARD BROWN**

BY: ___/s/_____
      MICHAEL S. HILLIS
      DOMBROSKI, KNAPSACK & HILLIS, LLC
      129 Whitney Avenue
      New Haven, CT 06510
      Phone: (203) 624-9096
      Facsimile: (203) 624-1308
      Email: MHillis@dkh-law.com
      Bar #: ct11867

## CERTIFICATION

I hereby certify that on **February 5, 2007**, a copy of the foregoing Motion to Continue Sentencing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

**JONATHAN BIRAN**, AUSA
Office of the U.S. Attorney
P.O. Box 1824
New Haven, Connecticut 06508

**EDMUND Q. COLLIER**, Esq.
771 Boston Post Road
Milford, Connecticut 06460

**JONATHAN J. EINHORN**, Esq.
412 Orange Street
New Haven, Connecticut 06511

**EDWARD F. CZEPIGA**, Esq.
56 Lyon Terrace
Bridgeport, Connecticut 06604

**ETHAN LEVIN-EPSTEIN**, Esq.
405 Orange Street
New Haven, Connecticut 06511

**ALAN SOBOL**, Esq.
O'Connell, Flaherty & Attmore
280 Trumbull Street
Hartford, Connecticut 06103

**DAVID J. WENC**, Esq.
P.O. Box 306
Windsor Locks, Connecticut 06096

**RICHARD S. CRAMER**, Esq.
449 Silas Deane Highway
Wethersfield, Connecticut 06109

**JOHN J. KELLY**, Esq.
378 Boston Post Road, P.O. Drawer 966
Orange, Connecticut 06477

**JEFFREY OLGIN**, Esq.
74 Rose Hill Road
Branford, Connecticut 06405

_____/s/_____
MICHAEL S. HILLIS