Confidential

# Mitsubishi Principal Lost

Date Prepared: 9/18/2006

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Account Number | VIN# | 1st Name Buyer | 2nd Name Buyer | Loss Amount |
| 2 | 607303621 | 1P015981 | Abad, Enid | Damiano, Shanon | $18,784.98 |
| 3 | 607667108 | | ABREU,ZORAIDA | | $5,378.94 |
| 4 | 607590078 | | Alejandro, Deanna | Santana, Luis | $8,699.46 |
| 5 | 607470073 | | Alfano, Paul | | $18,862.39 |
| 6 | 607470081 | | Alfano, Paul | | $22,826.93 |
| 7 | 607620123 | | Allen, Jacqueline | Gordon, Wynne | $7,833.27 |
| 8 | 607238892 | | Alvarado, Maria | Alvarato, Monse | $11,864.56 |
| 9 | 607270747 | | Alvarez, Jose | David, Rosael | $9,941.88 |
| 10 | 607656903 | | ANGIOLLO, MARIA | | $5,916.85 |
| 11 | 607541451 | | APONTE, IRMA | | $11,198.90 |
| 12 | 607596646 | 2J016277 | Aponte, Luis | | $37,458.39 |
| 13 | 607330061 | | Aponte, Michelle | Ortiz, Luz | $7,737.12 |
| 14 | 607579725 | | ARMSTRONG,KAI | ARMSTRONG,BARBARA | $16,174.70 |
| 15 | 607383649 | | Bacon, Kevin | Kraft, Michale | $14,524.12 |
| 16 | 607503857 | | Baerga, Brenda | Vazquez, Eric | $18,441.73 |
| 17 | 607525959 | | Bailey, Melissa | Ramos, Maria | $10,527.04 |
| 18 | 607733678 | | BALDWIN, BRIDGET | BALDWIN, ANNETTE | $10,319.00 |
| 19 | 607343833 | | Barnett, Linda | Peak, Martha | $14,939.42 |
| 20 | 607267396 | | BASILICATO,JASON | CUEVAS,MICHELE | $12,350.80 |
| 21 | 607568132 | | Beavais, Evan | | $13,050.35 |
| 22 | 607319270 | | Bell, Crystal | Bell, Gloria | $6,747.12 |
| 23 | 607498678 | | Bent, Shaknowa | Jackson, Emily | $6,211.52 |
| 24 | 607585730 | | Berrios, Alexander | Velasquez, Lissette | $9,207.16 |
| 25 | 607521685 | | BERRIOS,LUCY | | $4,697.04 |
| 26 | 607056039 | | Betancourt, Felix | | $9,074.42 |
| 27 | 607727381 | | Bianco, William | Bianco, Cheryl | $36,849.93 |
| 28 | 607373988 | | Biron, Bruce | Biron, Lisa | $15,594.64 |
| 29 | 607464746 | | BLACKWELL, DORIS | MCCLARY, ELIZABETH | $9,350.23 |
| 30 | 607579667 | | BLAKEY-REGINALD | OATES , STONEY | $15,569.90 |
| 31 | 607511322 | 2J027114 | Bones, Ileana | Bones, Guillermina | $9,134.16 |
| 32 | 607644370 | | BONILLA, ISREAL | BONILLA, EURIDICA | $5,708.73 |
| 33 | 607349012 | | Bonilla, Sheila | Diaz, Plutarco | $7,232.76 |
| 34 | 607443153 | | Bozzuto, Pamela | Bozzuto, Marie | $13,294.72 |
| 35 | 607690274 | | BRACERO, JESUS | BRACERTO, JESUS | $13,539.70 |
| 36 | 607427842 | | Brown, Heather | Duerr, Linda | $11,442.93 |

GOVERNMENT EXHIBIT AA 3:02CR341(EBB)

# Mitsubishi Principal Lost

Confidential

Date Prepared: 9/18/2006

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 37 | 607439748 | | BUNDY, TANISHA | SMITH, ARLETHA | $23,132.30 |
| 38 | 607530306 | | BURNEY, JEAN | BRIDGES, LILLIAN | $14,509.50 |
| 39 | 607554371 | | BUSH, CLIFTON | | $12,851.90 |
| 40 | 607373954 | | BUXTON, ENOCH | FAHNBULLEH, ALICE | $26,018.20 |
| 41 | 607389992 | | Cadivid, Nicolas | Canas, Lorenzo | $10,505.76 |
| 42 | 607056203 | | Camputaro, Louis | Camputaro, Pasquale | $16,889.82 |
| 43 | 607620073 | | CARBONE, PASQUALE | | $6,508.50 |
| 44 | 607583206 | 2J037140 | CARDOZO, EVELISSE | MARK, MICHAEL | $3,541.15 |
| 45 | 607295785 | 1E226731 | CARRASQUILLO, LUIS | TORO, MAGDA | $2,099.28 |
| 46 | 607187909 | | CARRERAS, EZEQUIEL | | $3,508.56 |
| 47 | 607504855 | | Carrero, Anibal | Carrero, Maria | $13,550.05 |
| 48 | 607576390 | | Carrero, Marie | Carrero, Maureen | $8,940.98 |
| 49 | 607871320 | | CAST, LINDA | RAMIREZ, MEIRA | $5,360.51 |
| 50 | 607479520 | | CASTELLAR, JONATHAN | CASTELLAR, BETTY | $7,893.48 |
| 51 | 607709322 | 2J048039 | Castiblanco, Marisol | Martinez, Pablo | $26,376.40 |
| 52 | 607644347 | | Cedeno, Miguel | Montero, Ana | $7,796.27 |
| 53 | 607514136 | 2E164087 | CHAMBERS, GEORGIA | | $1,985.60 |
| 54 | 607269160 | | CHAPARRO, JEANETTE | FREYTAG, JAMES | $10,694.40 |
| 55 | 607618374 | | Chiswell, Deborah | Nelson, Jeanette | $6,451.52 |
| 56 | 607546930 | | CIMINI, DOLORES | | $5,197.65 |
| 57 | 607229719 | 1E201534 | CLARK, LAQUITA | CLARK, THANIE | $1,471.13 |
| 58 | 607390024 | | CLEARY, JOSEPH | | $9,653.67 |
| 59 | 607315872 | | CLINTON-LEE, TAMARA | ECCLESTON, SANDRA | $8,330.08 |
| 60 | 606767446 | | Collins, Angela | Collins, Peter | $9,588.94 |
| 61 | 607433634 | | Colon, Carmen | Colon, Nilda | $17,372.22 |
| 62 | 607639149 | | Cordero, Yesina | Rivera, Jose | $7,555.77 |
| 63 | 607407984 | | Cornier, Rafael | Cornier, Carmen | $14,466.58 |
| 64 | 607299993 | | COYLE, REGINA | COYLE, DENNIS | $6,618.60 |
| 65 | 606970941 | 1E035664 | CRISCUOLO, LINDA | | $2,722.32 |
| 66 | 607508443 | 2E086096 | CRUZ, VILMA | MORAN, CARLOS | $2,162.05 |
| 67 | 607089121 | 1E144562 | CUNNINGHAM, DUANE | | $2,875.96 |
| 68 | 607359615 | | Davis, Glenn | Corvett, Kristina | $15,061.62 |
| 69 | 607659311 | | DAVIS, MELISSA | PLANTAMURO, JARED | $5,902.70 |
| 70 | 607386378 | | DeArce, Jacqueline | DeArce, Manuel | $12,074.80 |
| 71 | 607295777 | 1P046955 | DeJesus, Aleda | Linares, Maria | $18,790.88 |
| 72 | 607626591 | | DeJesus, Benicio | DeJesus, Carmen | $13,571.35 |

Confidential

# Mitsubishi Principal Lost

Date Prepared: 9/18/2006

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 73 | 607711757 | | DEJESUS,RAMON | ADGERS,TIMOTHY | $22,605.30 |
| 74 | 607578503 | 2J0366487 | Del Rio, Jose | Del Rio, Gloria | $16,362.93 |
| 75 | 607378524 | | DELGADO, LUCINA | DELGADO, PABLO | $5,409.00 |
| 76 | 606856553 | | DELGADO, PABLO | DELGADO, LUCINA | $2,421.41 |
| 77 | 607876865 | | Deshaies, Dawn | Demeo, Julie | $22,578.46 |
| 78 | 607403728 | 2T001718 | Diaz, Jose | Rosado, Carmen | $14,386.92 |
| 79 | 606972566 | | Diaz, Maria | Moore, Willie | $9,465.42 |
| 80 | 607348907 | | DIAZ, REYNALDO | DIAZ, PLUTARCO | $15,909.00 |
| 81 | 607721947 | | Downer, Michelle | Downer, Carl | $20,719.62 |
| 82 | 607521693 | | Eason Jr., Charlie | Hernandez, Sonia | $9,572.31 |
| 83 | 607687809 | | Eason, Shirley | Eason, Shirley | $7,171.92 |
| 84 | 607576374 | | ENCARNACION, EVETTE | DUBOIS, MERRY | $10,908.10 |
| 85 | 607688161 | | ENG, LISA | | $2,718.23 |
| 86 | 607626021 | | EPPS, CYNTHIA | BUTLER, KATHRINE | $6,640.92 |
| 87 | 607681448 | | EVANAUSKAS, ELISSA | HACKLEY, ANNMARIE | $10,307.60 |
| 88 | 607299985 | | EWAN, PENNY | EWAN, WILLIAM | $10,175.30 |
| 89 | 607400559 | | Fabian, Magaly | Martinez, Elvis | $7,376.18 |
| 90 | 607557820 | | Figuereo, Laura | Morera, Emily | $22,146.13 |
| 91 | 607308356 | | Figueroa, Luis | Torres, Carme | $14,415.09 |
| 92 | 607321698 | | Font, Rene | Font, Maria | $7,609.32 |
| 93 | 607709603 | | Fonteyn, Lorraine | Fonteyn, George | $11,674.80 |
| 94 | 607542038 | | Foreman, Renee | Stoudamire, Mary | $12,354.24 |
| 95 | 607693682 | | GARCIA, JORGE | ALICEA, MARIA | $10,005.40 |
| 96 | 607400567 | | GarciaTorres, Jorge | Otero, Diana | $7,817.36 |
| 97 | 607380629 | | Gargano, JeanMarie | Raintone, Marie | $5,194.86 |
| 98 | 607311574 | | GAROFALO,CRISTINE | | $12,027.60 |
| 99 | 607722689 | | GATISON,SHEILA | | $7,650.99 |
| 100 | 607593098 | | GELSTON, BRUCE | | $7,260.12 |
| 101 | 607273949 | | Gerhart, Melinda | Davidson, Judith | $6,513.12 |
| 102 | 607515356 | | GOGLIETTINO,RAE | CIMINO,NICHOLAS | $4,781.28 |
| 103 | 607680945 | | GOMES,CHERYL | WILLIAMS,ROSEMARIE | $18,344.90 |
| 104 | 607588601 | | GONZALEZ, BRENDA | | $4,382.25 |
| 105 | 607314354 | 1E166568 | Gonzalez, Janet | Martinez, Francisco | $20,176.47 |
| 106 | 607587173 | | Gray, Samuel | Simmons, Alonda | $9,134.06 |
| 107 | 607484414 | | Griffin, Allison | Simmonds, Ellsworth | $27,983.77 |
| 108 | 607734270 | | GUERNA, CARL | GUERRA, GUMER | $15,838.70 |

# Mitsubishi Principal Lost

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 109 | 607062458 | | Gutierrez, Zoila | | $8,579.34 |
| 110 | 607411002 | | HAMILTON,ERIKA | HAMILTON,GEORGE | $24,095.50 |
| 111 | 607579048 | | HAMILTON,NAISHA | OAKES,DANE | $9,399.99 |
| 112 | 607729379 | | Hammonds, Yvonne | Roundtree, Bernice | $633.25 |
| 113 | 607590128 | | HARMON,ANTONETTE | WATERS,MAE | $15,425.70 |
| 114 | 607407992 | | Harrell, Richard | | $14,825.69 |
| 115 | 606779037 | | HELMS, LANCE | | $7,065.77 |
| 116 | 607431034 | | Henderson, Shelia | Dudley, Deborah | $12,074.80 |
| 117 | 607282296 | | Hernandez, Felix | Hernandez, Evelyn | $9,009.85 |
| 118 | 607484710 | | Hernandez, Kristina | Binet, Nilsa | $14,757.68 |
| 119 | 606763668 | | HOLYST,DIANE | HOLYST,DAVID M | $9,207.67 |
| 120 | 607314321 | | HYMAN,WILLARD | WILLIAMS,ANDRIA | $25,962.90 |
| 121 | 607273477 | | IRIZARRY,BEATRIZ | VASQUEZ,NORBERTO | $3,256.56 |
| 122 | 607597362 | | IUTERI, TARA ANN | ESPOSITO, SUSAN | $4,901.04 |
| 123 | 607758873 | | JACKSON,DARRYL | JACKSON,DONALD | $14,795.50 |
| 124 | 607416928 | 2E051513 | JEROLMAN, MEGAN | ROTH,LUCY | $1,642.41 |
| 125 | 607568579 | | Johnson, Jeryl | Brannom, Mary | $10,484.58 |
| 126 | 607356647 | | JOHNSON, MARIAN | JOHNSON, THERIAN, JC | $5,709.66 |
| 127 | 607716897 | | JOHNSON, TONYA | BENNETT, TIMOTHY | $5,378.94 |
| 128 | 607035470 | | Jordan, Julie | | $12,681.44 |
| 129 | 607367691 | | Josey, Linda | Moses, James | $19,134.38 |
| 130 | 607638554 | | Kelly, Deborah | | $12,737.44 |
| 131 | 607270762 | | KENNIBREW,ERIKA | STANLEY,FRANK | $10,709.40 |
| 132 | 607760028 | | KNAPPDELCO,LAURIE | ONOFRIO,JOHN | $5,229.52 |
| 133 | 607873581 | | Kowlaczyk, Robert | Lapico, Brenda | $12,691.68 |
| 134 | 607833680 | 2P009569 | Labrada, Mario | Labrada, Cipriano | $14,748.03 |
| 135 | 607470099 | | LEATHERS,ANDREW | SIBARIUM,MICHAEL | $17,111.00 |
| 136 | 607267370 | | LECLAIRE, ERICA | CARASONE, ROBERT | $8,590.60 |
| 137 | 607505779 | | Lecleres, Shamily | Miranda, Carmen | $10,319.04 |
| 138 | 607036114 | | LEWIS, MARY | | $4,537.21 |
| 139 | 607430929 | | Lima, Leticia | Escobar, Sergio | $16,658.06 |
| 140 | 607249170 | | LOOMIS, SHARON | LOOMIS, JOHN | $3,409.56 |
| 141 | 607697360 | | LOPEZ, RICHARD | THOMAS-CASKEY, JAN | $13,630.80 |
| 142 | 607748551 | | LUBRICO, NICOLE | PURKS,MARY | $14,409.20 |
| 143 | 607070451 | | Lucas, Jeffey | | $12,724.74 |
| 144 | 607679152 | | Luciano, Angel | | $14,166.01 |

Confidential

# Mitsubishi Principal Lost

Date Prepared: 9/18/2006

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 145 | 607174428 | | Malave, Jose | Malave, Madeline | $12,200.80 |
| 146 | 607443161 | | MANN, ALICE | DAVIS, VALERIE | $12,849.50 |
| 147 | 607278278 | | Manning, Annette | Manning, Mary | $19,792.00 |
| 148 | 607644438 | | Marciano, Justin | | $5,709.66 |
| 149 | 607618283 | | Marciano, Mary | | $6,344.63 |
| 150 | 607714306 | | Mariani, Anthony | Henry, Terrence | $7,405.92 |
| 151 | 607532765 | | MARSHALL, ALFORD | MARSHALL, MARY T. | $7,062.73 |
| 152 | 607484850 | 2J025148 | Matos, Santos | | $15,479.76 |
| 153 | 607250970 | | McClendon, Meoshia | Hamilton, Eleanor | $12,452.91 |
| 154 | 607541949 | | MCCLENDON, NICOL | FREDERICK, NANCY | $6,539.99 |
| 155 | 607247935 | | Medina, Jose | Medina, Iris | $6,513.12 |
| 156 | 607407976 | | MEDINA, LUIS | MEDINA, WILFREDO | $15,790.20 |
| 157 | 607716905 | | MEDINA, RAMON | DELGADO, ANA | $6,310.44 |
| 158 | 607195373 | | MEDINA,ANDREA | | $7,571.28 |
| 159 | 607514128 | | MEEKER, KELLI | MEEKER, CHRISTINE | $5,077.92 |
| 160 | 607541865 | | Mejias, Geraldo | Mejias, Cesario | $8,719.98 |
| 161 | 607597370 | | MENA, MARIO | MENA, EMMA | $7,471.28 |
| 162 | 607483894 | | MERCURI, FRANCA | MERCURI, RAFAELLA | $3,195.85 |
| 163 | 607187966 | | MILLER, MARIE | | $9,226.32 |
| 164 | 607157621 | | Molina, Orlando | | $10,446.80 |
| 165 | 607232168 | | Montalvo, Anna | Montalvo, Teddy | $7,323.12 |
| 166 | 607367683 | | Montalvo, Anna | Montalvo, Teddy | $10,258.80 |
| 167 | 607341589 | | Montero, Ana | Montero, Luis | $8,802.96 |
| 168 | 607363989 | YT008646 | Morales, Delores | Nieves, Jesus | $7,707.32 |
| 169 | 607242027 | | MORALES, ROBERTO | | $10,900.00 |
| 170 | 607001431 | 1P010480 | MORAN, CARLOS | | $2,010.47 |
| 171 | 607242043 | | Mosher, Margaret | | $7,755.12 |
| 172 | 607008113 | | Muscatello, Marie | | $9,419.42 |
| 173 | 607602790 | | NAZARIO, SHANNON | LADYGA, CHRISTOPHE | $13,057.20 |
| 174 | 607390099 | | Nieves, Ileana | Nieves, Daniel | $11,223.60 |
| 175 | 607408297 | 2E052581 | Ortiz, Brenda | Berrios, Cruz | $575.09 |
| 176 | 607330087 | | Ortiz, Luz | | $21,467.00 |
| 177 | 607781685 | | Ortiz, Tomy | Metzger, David | $11,788.80 |
| 178 | 607348998 | | PALUMBO, ROBERT | PALUMBO, VINCENZO | $16,507.70 |
| 179 | 607589484 | | PATEL, AJAY | PATEL, VASHALI | $4,781.28 |
| 180 | 607341530 | | PATEL, JATEL | PATEL MITAL | $4,356.28 |
| 181 | 607549017 | | PENA, KIRISI | LOPEZ, HELEN | $22,525.10 |

Confidential

# Mitsubishi Principal Lost

Date Prepared: 9/18/2006

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 182 | 607479546 | | Perez, Jane | Muong, Thann | $34,078.77 |
| 183 | 607596620 | | Perez, Jose | Perez, Diana | $5,843.84 |
| 184 | 607477037 | | PerezRichards, Nancy | Craft, Hilda | $7,200.20 |
| 185 | 607229701 | | PERRY, MICHELLE | | $15,761.50 |
| 186 | 607290869 | | PICKETT, MINNIE | PICKETT, DURAL | $22,378.70 |
| 187 | 606959670 | 1E039574 | PLUMMER, PHIL | ROTH, LUCY | $2,430.70 |
| 188 | 607741937 | | POLO, RAMON | DIAZ, QURIA | $13,242.70 |
| 189 | 607335847 | 1E201308 | Ramos, Carmen | Santos, Jesus | $14,061.51 |
| 190 | 607273972 | | RANCIATO, KEN ALBERT | RANCIATO, BARBARA | $6,268.77 |
| 191 | 607345796 | | Requena, Maria | Belgrave, Guillermo | $7,803.72 |
| 192 | 607400229 | | Rivera, Alberto | | $5,742.94 |
| 193 | 607386444 | | Rivera, Carmen | Martinez, Glenda | $12,334.80 |
| 194 | 607449648 | | Rivera, Carmen | Rivera, Benjamin | $7,186.56 |
| 195 | 607618168 | | RIVERA, CYNTHIA | RIVERA, MARIA | $9,579.52 |
| 196 | 607299951 | 1E226831 | RIVERA, ELIZABETH | ORTIZ, NERTHA | $1,719.57 |
| 197 | 607605355 | | Robinson, Darry | Robinson, Vivian | $13,735.02 |
| 198 | 607618259 | | Robinson, Howard | Robinson, Pauline | $27,564.45 |
| 199 | 607679269 | 2E129066 | Rodriguez, Alexander | Velez, Awilda | $15,585.11 |
| 200 | 606849376 | | Rodriguez, Ana | Rodriguez, Juan | $8,976.88 |
| 201 | 607618291 | | Rodriguez, Ezequiel | Rodriguez, Magaly | $6,742.72 |
| 202 | 607298045 | | Rodriguez, Francisco | Rodriguez, Lilian | $20,113.02 |
| 203 | 607178304 | | Rodriguez, Joel | Bautista, Cesar | $12,190.80 |
| 204 | 607147044 | | Rodriguez, Joel | Mendieta, Marilo | $9,755.34 |
| 205 | 606828487 | YT007679 | Rodriguez, Jorge | | $7,347.68 |
| 206 | 607299969 | 1E212612 | RODRIGUEZ, MANUEL | | $2,045.73 |
| 207 | 607321631 | 1E226360 | Rodriguez, Vivian | Benitez, Wanda | $16,507.36 |
| 208 | 607650625 | | Romero, Jose | Dulec, Carmen | $21,225.56 |
| 209 | 607315864 | | ROMERO, RAMONA | VELAZQUE, ZAYRA | $12,053.70 |
| 210 | 607554306 | | Ruiz, Nilda | | $6,403.52 |
| 211 | 606780969 | YP049621 | RUOCCO, PASQUELE(PAT) | RUOCCO, BARBARA | $5,438.14 |
| 212 | 607016462 | | Sanchez, Maria | | $21,137.00 |
| 213 | 607352925 | | SANCHEZ, YVONNE | ORTIZ, HENRY | $12,769.80 |
| 214 | 607283351 | | Santiago, Evie | | $6,513.12 |
| 215 | 607738701 | 3E022211 | SANTOS, ELIAS | SANTOS, MARIA | $2,676.72 |
| 216 | 607408248 | 2E048114 | SANTOS, MARIA | SANTOS, ELIAS | $2,327.99 |
| 217 | 607437601 | 2E060898 | SCHETTINO, CECILIA | ESPINEL, GUSTAVO | $2,305.19 |

# Mitsubishi Principal Lost

Confidential

Date Prepared: 9/18/2006

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 218 | 607143902 | | SMITH, EDWARD | LABONTE, MERLYNE | $4,292.82 |
| 219 | 607364136 | | SMITH, JAMES | BRANTLEY, ANNIE | $5,706.44 |
| 220 | 607459928 | 2E074941 | SMITH, MICHAEL | SMITH, ESSIE | $1,466.91 |
| 221 | 606790216 | | Soler, Luis | Soler, Maribel | $9,655.32 |
| 222 | 607559719 | | SOSA, BLANCA | BERMUDEZ, ANGEL | $14,804.50 |
| 223 | 607465404 | | SOUTH, ISRAEL | MOLLISON, TANIA | $20,653.40 |
| 224 | 607643901 | | Spence, Allison | | $516.67 |
| 225 | 607554389 | | Suarez, Dionisio | Suarez, Elba | $8,719.98 |
| 226 | 607499940 | | Szostek, Christina | Szostek, Michelle | $24,317.43 |
| 227 | 607530231 | | TAFT, STEPHANIE | JOHNSON, ROSA | $20,230.70 |
| 228 | 607556186 | | TAFT, TUJUNA | BLACK, REVEDY | $17,103.60 |
| 229 | 607299928 | 1P025974 | TORO, ALBERTO | ASTOL, MARITZA | $3,489.75 |
| 230 | 607405467 | | TORRES, LISETTE | SANTANA, ANA | $11,458.60 |
| 231 | 607290877 | | Torres, Marisol | Torres, Beatrice | $10,286.80 |
| 232 | 606760755 | | Torres, Vincent | Torres, Aida | $9,560.74 |
| 233 | 607554116 | | TROTTA, NIKKI | TROTTA, ROSEANN | $9,480.21 |
| 234 | 607494727 | | TUCKER, VALERIE | TUCKER, JAMES | $4,682.64 |
| 235 | 607257041 | | TURCIO, NATALIE (PELLERGRINO) | | $6,092.58 |
| 236 | 607468259 | 2J022556 | Utero, Ruth | Robles, Jose | $29,174.78 |
| 237 | 607395791 | | VAUGHT, MICHAEL | VAUGHT, FRANCIS | $4,051.18 |
| 238 | 607741903 | 2J042589 | Vega, Maria | Vega, Angel | $29,091.10 |
| 239 | 607352685 | | VELEZ, ANA | | $12,265.80 |
| 240 | 607084759 | | Vigio, Jesus | Vigio, Michelle | $19,238.95 |
| 241 | 607457377 | | Viruet, Iris | Kay, Edwin | $26,179.57 |
| 242 | 607824667 | | Wallace, Erica | | $6,173.13 |
| 243 | 607626120 | | WILLIAMS, ANDRE | WILLIAMS, RUSSELL | $18,357.50 |
| 244 | 607338080 | | WILLIAMS, ANDREA | | $3,389.98 |
| 245 | 607593338 | | Wilson, Marrian | Wilson, Samuel | $8,678.01 |
| 246 | 607848344 | | Wright, Diana | | $7,147.35 |
| 247 | 607756828 | | Wright, Everett | Wright, Norma | $9,676.82 |
| 248 | | | | TOTAL | $2,744,862.57 |