# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs. David Brown　　　　　　　　　　　　　　　　　　　　　　Docket No. 3:02CR341(EBB)

### Petition for Action on Conditions of Release

**COMES NOW** Wilfredo Duran, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct of defendant, David Brown, who was placed under pretrial supervision by the Honorable Joan G. Margolis, U. S. Magistrate Judge, sitting in the court at New Haven, Connecticut on the 3rd day of December 2002, and on modified conditions on October 30, 2007, which include but are not limited to the following:

1. The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.
2. The defendant shall immediately advise the Court, defense counsel, and the U.S. attorney's office in writing of any change in address and telephone number.
3. The defendant shall report to U.S. Probation as directed.
4. The defendant shall refrain from excessive use of alcohol and any use or unlawful possession of a narcotic drug or other controlled substance defined in 21 U.S.C.§802 unless prescribed by a licensed medical practitioner
5. The defendant shall submit to drug testing/counseling within the discretion of the probation officer
6. The defendant shall refrain from possessing a firearm, destructive device, or other dangerous weapon.
7. The defendant shall participate in the home confinement program and abide by all the requirements of the program which will include electronic monitoring. The defendant is not required to pay the cost of the program.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Over the last few months the defendant has been volunteering the Cathedral of Praiso in Bridgeport, Connecticut. The Court has also allowed the defendant to assist his father in his cleaning business. The defendant has maintained employment and to date, not rendered any positive drug screens. Assistant United States Attorney Michael McGarry objects to the granting of this petition.

**PRAYING THAT THE COURT WILL ORDER**
That the defendant be removed from ~~the home confinement program and~~ electronic monitoring. All other conditions to remain in effect.

**ORDER OF COURT**

Considered and ordered this 5th day of Sept., 2008 and ordered filed and made a part of the records in the above case.

/s/ Joan G. Margolis, USMJ
U.S. District/Magistrate Judge

Sworn to By

Wilfredo Duran, U.S. Probation Officer

Place _____

Date _____